E. H. ROLLINS & SONS, Respondent, *v.* NATIONAL SURETY COMPANY, Appellant.

(Argued October 16, 1933; decided November 21, 1933.)

*Stewart Maurice* and *Edward McLoughlin* for appellant.
*Caruthers Ewing* for respondent.

*Emory R. Buckner, Samuel S. Isseks* and *George E. Johnson, amici curiæ.*

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.